IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

| | | |
|---|---|---|
| MARK A. RAWLINGS, | : | |
| Plaintiff, | : | |
| | | Case No. 3:14cv00159 |
| vs. | : | |
| | | District Judge Thomas M. Rose |
| CAROLYN W. COLVIN, | : | Chief Magistrate Judge Sharon L. Ovington |
| Acting Commissioner of the Social | | |
| Security Administration, | : | |
| Defendant. | : | |

## DECISION AND ENTRY

The Court has reviewed the Report and Recommendations of Chief United States Magistrate Judge Sharon L. Ovington (Doc. #9), to whom this case was originally referred pursuant to 28 U.S.C. § 636(b), and noting that no objections have been filed thereto and that the time for filing such objections under Fed. R. Civ. P. 72(b) has expired, hereby **ADOPTS** said Report and Recommendations.

Accordingly, it is hereby **ORDERED** that:

1. The Report and Recommendations filed on June 30, 2015 (Doc. #9) is ADOPTED in full;

2. The Commissioner's non-disability decision dated March 29, 2013, is VACATED;

3. Plaintiff Mark Rawlings's applications for Disability Insurance Benefits and Supplemental Security Income are REMANDED to the Social Security Administration under Sentence 4 of 42 U.S.C. § 405(g) for payment of benefits consistent with this Decision and the Social Security Act; and,

4. The case is terminated on the docket of this Court

*s/Thomas M. Rose*

_____
Thomas M. Rose
United States District Judge